IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Search Warrant<br>PNC Bank – Eden Square<br>Safety Deposit Box | )<br>)<br>) No. 07- 201 M<br>)<br>) |

MOTION TO SEAL

The United States moves to seal the entire file until further order of the Court.

Colm F. Connolly
United States Attorney

By: _____
Shawn A. Weede
Assistant U.S. Attorney

IT IS SO ORDERED this 22nd day of October, 2007, that the above-captioned file is sealed until further order of the Court.

_____
Leonard P. Stark
U.S. Magistrate Judge