IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: Search Warrant )<br>PNC Bank – Eden Square )<br>Safety Deposit Box )<br>)<br>)<br>) | Criminal Action No. 07-201-M |

## MOTION AND ORDER TO UNSEAL SEARCH WARRANT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Shawn A. Weede, Assistant United States Attorney for the District of Delaware, hereby moves that the search warrant and file in the above-captioned case be unsealed.

COLM F. CONNOLLY
United States Attorney

By: _____
Shawn A. Weede
Assistant United States Attorney

Dated: December 5, 2007

AND NOW, this 10th day of December, 2007, upon the foregoing Motion, it is

ORDERED that the search warrant and file in the above-captioned case are hereby unsealed.

_____
Honorable Leonard P. Stark
United States Magistrate Judge